|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

EPIDEMIC SOUND, AB,

Plaintiff(s),

v.

META PLATFORMS, INC. f/,

Defendant(s).

Case No. 3:25-CV-10355-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Maryaneh Mona Simonian, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff Epidemic Sound, AB in the above-entitled action. My local co-counsel in this case is Adam S. Cashman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 255063.

Pryor Cashman LLP, 7 Times Sq., New York, NY 10036
MY ADDRESS OF RECORD

BraunHagey & Borden LLP, 747 Front Street, 4th Floor, San Francisco, CA, 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 421-4100
MY TELEPHONE # OF RECORD

(415) 599-0210
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

msimonian@pryorcashman.com
MY EMAIL ADDRESS OF RECORD

cashman@braunhagey.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4246963.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules. I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: December 4, 2025                                         Maryaneh Mona Simonian
                                                                          APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Maryaneh Mona Simonian is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/8/2025

_____
UNITED STATES DISTRICT JUDGE