PRYOR CASHMAN LLP
  Ilene S. Farkas (*pro hac vice*)
  *ifarkas@pryorcashman.com*
  M. Mona Simonian (*pro hac vice*)
  *msimonian@pryorcashman.com*
  Marion R. Harris (*pro hac vice*)
  *mharris@pryorcashman.com*
  Brian M. Maida (*pro hac vice*)
  *bmaida@pryorcashman.com*
7 Times Square
New York, New York 10036
Phone: (212) 421-4100
Fax: (212) 326-0806

BRAUNHAGEY & BORDEN LLP
  Adam S. Cashman (State Bar No. 255063)
  *cashman@braunhagey.com*
747 Front Street, 4th Floor
San Francisco, California 94111
Phone: (415) 599-0210
Fax: (415) 599-0210

Attorneys for Plaintiff *Epidemic Sound, A.B.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIDEMIC SOUND, AB,<br><br>                    Plaintiff,<br><br>      vs.<br><br>META PLATFORMS, INC.,<br>   f/k/a FACEBOOK, INC.,<br><br>                    Defendant. | Case No. 3:25-cv-10355-JSC<br><br>**PLAINTIFF EPIDEMIC SOUND, AB'S STATEMENT OF RECENT DECISION IN OPPOSITION TO DEFENDANT META PLATFORMS, INC.'S MOTION TO DISMISS**<br><br>Related Case: *Epidemic Sound, AB v. Meta Platforms, Inc.*, No. 3:22-cv-04223-JSC<br><br>Hearing:  June 18, 2026 (without argument) |

## STATEMENT OF RECENT DECISION

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiff Epidemic Sound, AB respectfully submits the following recent decision, which is relevant authority in opposition to the motion of Defendant Meta Platforms, Inc. f/k/a Facebook, Inc. to dismiss Epidemic's Complaint (ECF 48):

- *Strike 3 Holdings, LLC v. Meta Platforms, Inc.*, No. 25-cv-06213-EKL, 2026 WL 1697633 (N.D. Cal. June 11, 2026)

A copy of the decision is attached.

Dated: June 15, 2026

PRYOR CASHMAN LLP

By*: s/ Ilene S. Farkas*

Ilene Farkas (*pro hac vice*)
ifarkas@pryorcashman.com
M. Mona Simonian  (*pro hac vice*)
msimonian@pryorcashman.com
Marion R. Harris (*pro hac vice*)
*mharris@pryorcashman.com*
Brian M. Maida (*pro hac vice*)
*bmaida@pryorcashman.com*
7 Times Square
New York, NY 10036
Telephone:  +1.212.421.4100

*Attorneys for Plaintiff Epidemic Sound, AB*

Dated: June 15, 2026

BRAUNHAGEY & BORDEN LLP

By:  *s/Adam S. Cashman*

Adam S. Cashman (Bar No. 255063)
cashman@braunhagey.com
747 Front Street, 4th Floor
San Francisco, California 94111
Phone: (415) 599-0210
Fax: (415) 599-0210

*Attorneys for Plaintiff Epidemic Sound, AB*

-1-

PLAINTIFF'S STATEMENT OF RECENT DECISION
CASE NO. 3:25-CV-10355-JSC

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.


Dated:  June 15, 2026

*/s/ Brian M. Maida*
Brian M. Maida

Pryor Cashman LLP

-2-